UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JERRIAN REW, a single woman,<br><br>    Plaintiff,<br><br>  vs.<br><br>SAFECO INSURANCE COMPANY OF AMERICA,<br><br>    Defendant. | NO. CV-13-0365-JLQ<br><br>ORDER DIRECTING ENTRY OF JUDGMENT AND CLOSING FILE |

BEFORE THE COURT is the parties' Stipulation for Dismissal (ECF No. 60). Pursuant to the Stipulation, the Clerk shall enter judgment of dismissal of the Complaint and the claims therein with prejudice without costs or attorney's fees to any party.

**IT IS SO ORDERED.** The Clerk is hereby directed to enter this Order and judgment, furnish copies to counsel, and close this file.

**DATED** this 14th day of October, 2014.

s/ Justin L. Quackenbush<br>JUSTIN L. QUACKENBUSH<br>SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1