# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

JERRIANN REW,

*Plaintiff*

v.

SAFECO INSURANCE COMPANY OF AMERICA,

*Defendant*

Civil Action No.  2:13-CV-365-JLQ

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  this action was decided by Judge Justin L. Quackenbush on the Stipulation of Dismissal filed by the parties, and it is hereby ordered that the plaintiff's Complaint and the claims therein are dismissed with prejudice and without costs or attorney's fees to any party.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

Date:  October 14, 2014

CLERK OF COURT

SEAN F. McAVOY

s/ Penny Lamb
*(By) Deputy Clerk*

Penny Lamb